**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Horace Eugene Privette, Jr. and Tracy Irene Garrity
Privette, Respondents,

v.

Autumn Shana Garrity-Johnson, Cory Shane Jeffries, and
South Carolina Department of Social Services,
Defendants,

Of whom Cory Shane Jeffries is the Appellant

and

Autumn Shana Garrity-Johnson and South Carolina
Department of Social Services are Respondents.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001429

―――――――――

Appeal From York County
M. Todd Thigpen, Family Court Judge

―――――――――

Unpublished Opinion No. 2021-UP-317
Submitted August 24, 2021 – Filed August 31, 2021

―――――――――

**AFFIRMED**

―――――――――

Harry A. Hancock, of Columbia, for Appellant.

Melinda Inman Butler, of The Butler Law Firm, of Union, for Respondent Autumn Shana Garrity-Johnson.

Larry Dale Dove, of Dove Law Group, LLC, of Rock Hill, for Respondents Horace Eugene Privette, Jr. and Tracy Irene Garrity Privette.

R. Chadwick Smith, of South Carolina Department of Social Services, of Rock Hill, for Respondent South Carolina Department of Social Services.

April Dawn Porter, of Law Office of April D. Porter, P.C., of Chester, as Guardian ad Litem.

———————

**PER CURIAM:** Cory Shane Jeffries appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Jeffries' counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.